**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

---

**CASE NO. 24-CV-01148 (ADC)**

---

**Bankr. Case No. 23-03681 (ESL)**

---

**JUAN MANUEL BARRETO GINORIO**
Debtor.

---

**JUAN MANUEL BARRETO GINORIO,**
Appellant,

v.

**CONDADO 5, LLC,**
Appellee.

---

**ON APPEAL FROM THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF PUERTO RICO**

---

**MOTION TO INFORM**

TO THE HONORABLE COURT:

COMES NOW appellee Condado 5, LLC ("Condado" or "Appellee"), through the undersigned counsel, and respectfully states and prays as follows:

1. The instant appeal has been fully briefed. See *Appellant's Brief* (ECF No. 10), *Appellee Brief* (ECF No. 14), and *Reply Brief* (ECF No. 17).

2. On March 31, 2025, this Court entered an *Order* "[g]rant[ing] in Part and Den[ying] in Part this appeal" (the "*Order*", ECF No. 20). The *Order* provides that "[t]he case is remanded to the Bankruptcy Court for further development of the record on 'bad faith' as a ground for dismissal" with a footnote indicating that "[t]he case is to be closed for statistical purposes. An Opinion and Order setting forth the grounds for remanding this case will follow. Judgment will then be entered accordingly". *Order*, ECF No. 20.

-2-

3.   As of today, no Opinion and Order and/or Judgment has been entered. No party in interest is able to appeal and/or otherwise plead. Meanwhile, this affects all parties in interest, especially Condado, because the related bankruptcy cases (filed by this Debtor and the other liable parties) and the Foreclosure Case seem to be "on hold" pending a resolution of this Appeal. Also, there is no clarity as to whether the automatic stay in this case has been reinstated or not.

WHEREFORE, Condado respectfully moves the Court to take notice of the foregoing and proceed accordingly so that Condado (and/or other parties in interest) may know the extent of their rights and how to proceed moving forward.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, on this 18th day of August 2025.

### Certificate of Service

We hereby certify that on this same date, we electronically filed the foregoing with the Clerk of the Court using the Next Gen CM/ECF system which will send notification of such filing to all Next Gen CM/ECF participants in this case, including Appellant's counsel.

**Ferraiuoli LLC**
Attorneys for Appellee
Condado 5 LLC
American International Plaza
250 Muñoz Rivera Avenue
6th Floor
San Juan, PR 00918
PO Box 195168
San Juan, PR 00919-5168
Phone: (787) 766-7000
Fax: (787) 766-7001

*/s/ Gustavo A. Chico-Barris*
GUSTAVO A. CHICO-BARRIS
USDC-PR No. 224205
gchico@ferraiuoli.com

*/s/ Tomás F. Blanco-Pérez*
TOMAS F. BLANCO-PEREZ
USDC-PR No. 304910
tblanco@ferraiuoli.com